**Date of Original Judgment:** 2/5/13

(or Date of Last Amended Judgment)

**Reason for Amendment:**

[ ] Correction of Sentence on Remand (Fed.R.Crim.P.35(a))
[ ] Reduction of Sentence for Changed Circumstances (Fed. R.Crim.P.35(b))
[ ] Correction of Sentence by Sentencing Court (Fed.R.Crim.P.35(c))
[X] Correction of Sentence for Clerical Mistake (Fed.R.Crim.P.36)

[ ] Modification of Supervision Conditions (18 U.S.C § 3563(c) or 3583(e))
[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. §3582(c)(1))
[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. § 2255,
[ ] 18 U.S.C. § 3559(c)(7), or [ ] Modification of Restitution Order

# United States District Court

## Northern District of California

| UNITED STATES OF AMERICA v. SCOTT MATTHEW CROWLEY | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) (For Offenses Committed On or After November 1, 1987) USDC Case Number: CR-04-00056-001 SI BOP Case Number: DCAN304CR000056-001 USM Number:     88262-011 Defendant's Attorney : Geoffrey Hansen |
|---|---|

**THE DEFENDANT:**

[x]   admitted guilt to violation of condition(s) that he not comit another federal, state or local crime during the of the term of supervision.
[ ]   was found in violation of condition(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| 1 | Committed Another Federal, State or Local Crime | 10/12 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   0989 | February 5, 2013 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth:   1960 | |
| | |
| Defendant's USM No.:   88262-011 | *(signature)* |
| | Signature of Judicial Officer |
| Defendant's Residence Address: c/o U.S. Marshal | |
| | Honorable Susan Illston, U. S. District Judge |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |

3/20/13

---

Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT:     SCOTT MATTHEW CROWLEY                    Judgment - Page 3 of 3
CASE NUMBER:   CR-04-00056-001 SI

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months and 1 day.
No term of supervision is imposed.

This term of imprisonment shall run concurrently with the Sentence imposed in CR-12-0779 SI.

[ ]     The Court makes the following recommendations to the Bureau of Prisons:


[x]     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]     The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


                                                _____
                                                UNITED STATES MARSHAL

                                         By     _____
                                                Deputy United States Marshal